ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 27 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TERRENCE JACKS | Criminal Indictment<br><br>No. 1:24CR-0065 |

THE GRAND JURY CHARGES THAT:

On or about September 1, 2023, in the Northern District of Georgia, the defendant, TERRENCE JACKS, did falsely represent himself to be an officer, agent, and employee of the United States, and in such assumed character did arrest and detain Victim 1, in violation of Title 18, United States Code, Section 913.

A ___True___ BILL

___/s/___
FOREPERSON

RYAN K. BUCHANAN
United States Attorney

___/s/___
SAMANTHA M. SCHLICH
Assistant United States Attorney
New York Bar No. 5515275

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181