U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2023R00924)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 27 2024

KEVIN P. WEIMER, Clerk
By: _____ D.

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO.  1:24CR-0065

MAGISTRATE CASE NO.

X Indictment            Information            Magistrate's Complaint
DATE: February 27, 2024     DATE:              DATE:

UNITED STATES OF AMERICA
vs.
TERRENCE JACKS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Samantha Schlich
Defense Attorney: