ORIGINAL

U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 27 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Terrence Jacks

**Agent to Arrest**

Indictment/Information

1:24CR-0065

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

/s/ Samantha Schlich
Samantha Schlich
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ___.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
02/28/2024
BY _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94