AO 442 (12/85) Warrant for Arrest

F.id: 11647082

USMS: 06661-511

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

TERRENCE JACKS
**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:24-cr-0065-SEG

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest TERRENCE JACKS and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Impersonator Making Arrest or Search

in violation of **Title 18, United States Code, Section(s) 913**

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

February 28, 2024 at Atlanta, Georgia
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 24 2024

KEVIN P. WEIMER, Clerk
By: *[signature]* Deputy Clerk

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 02-28-2024

Date of Arrest: 03-27-2024

SA Mariusz Mazurek
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

CO304274/ONA
F.d: 11647082

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

**COPY**

UNITED STATES OF AMERICA,

vs.

TERRENCE JACKS
**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:24-cr-0065

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest TERRENCE JACKS and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Impersonator Making Arrest or Search

in violation of **Title 18, United States Code, Section(s) 913**

KEVIN P. WEIMER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

February 28, 2024 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 2-28-2024

Date of Arrest: 3-27-2024

MARIUSZ MAZUREK
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer